# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 556 MAL 2021
:
Respondent   :
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
v.   :
:
:
KEVIN RASHAWN CARPENTER,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.